UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**REBECCA IRIBE,**

Plaintiff,

v. **No. 3:26-cv-03108-P**

**MARKWAYNE MULLIN, ET AL.,**

Defendants.

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss. ECF No. 6. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED without prejudice.**

**SO ORDERED** on this **28th day of September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE